

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-15-00059-CV

Yvonne E. **PERRYMAN**,
Appellant

v.

Cecilia A. **ROBINSON** and Cecilia L. Jones, Jr.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-09714
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant filed her notice of appeal on January 9, 2015. The clerk's record and reporter's record are due on February 23, 2015. The court reporter has filed a notification stating that appellant has failed to request the reporter's record and to pay or make arrangements to pay the fee for preparing the reporter's record and that appellant is not entitled to appeal without paying the fee.

It is ORDERED that appellant provide written proof to this court **within ten (10) days** of the date of this order that **either** (1) the clerk's fee for preparing the clerk's record has been paid or arrangements have been made to pay the clerk's fee and the contents of the clerk's record have been designated, and (2) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b)(1), and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; **or** (3) appellant is entitled to appeal without paying the clerk's fee and the court reporter's fee.

If appellant fails to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2015.



Keith E. Hottle
Clerk of Court